In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-14-00229-CV
_____

**JOHN D. FAILS JR., Appellant**

**V.**

**TEXAS MUTUAL INSURANCE COMPANY AND WENDY M. MERKSON,
Appellees**

**On Appeal from the 284th District Court
Montgomery County, Texas
Trial Cause No. 13-02-01322 CV**

**MEMORANDUM OPINION**

John D. Fails Jr. filed a notice of appeal after the trial court dismissed his case for lack of jurisdiction. The brief of the appellant was due to be filed on or before August 18, 2014, but Fails did not file a brief. On October 24, 2014, we notified the parties that the brief had not been filed and warned the appellant that his failure to file a brief could result in a dismissal of the appeal for want of prosecution. On November 10, 2014, we notified the parties that the appeal would

1

be submitted to the Court without briefs and without oral argument. *See* Tex. R. App. P. 39.8.

In the absence of a brief assigning error for appellate review, we dismiss the appeal for want of prosecution. Tex. R. App. P. 38.8(a)(1), 42.3(b).

APPEAL DISMISSED.

                        _____

                              CHARLES KREGER
                                  Justice

Submitted on December 1, 2014
Opinion Delivered December 11, 2014

Before McKeithen, C.J., Kreger and Horton, JJ.